[No. 41819-0-I.    Division One.    April 19, 1999.]

NORTHWEST COINSTAMP SUPPLY, INC., ET AL., *Appellants*, v.
PLUM CREEK TIMBER COMPANY, L.P., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-11156-2, Suzanne M. Barnett, J., entered
October 31 and November 24, 1997. *Affirmed* by unpub-
lished opinion per Appelwick, J., concurred in by Cox and
Ellington, JJ.

[No. 42084-4-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. T.Z.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-06949-3, Patricia Clark, J., entered Janu-
ary 28, 1998. *Reversed with instructions* by unpublished
per curiam opinion.

[No. 42243-0-I.    Division One.    April 19, 1999.]

GOLDEN REALTY, INC., ET AL., *Appellants*, v. SNOQUALMIE
SUMMIT INN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-10576-7, Glenna Hall, J., entered August
22, 1997. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Coleman and Grosse, JJ.

[No. 42265-1-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY W.
WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-04070-8, Donald D. Haley, J., entered Feb-
ruary 19, 1998. *Dismissed* by unpublished per curiam
opinion.